John J. Murry, Jr., Plaintiff-Appellant, v. James E. Murry et al., Defendants-Appellees, and Robert W. Murry, Defendant-Appellant.

Gen. No. 10,830. 

Second District.

July 22, 1955.

Released for publication August 11, 1955.

Zwanzig, Thompson & Lanuti, for appellant; Pool & Langer, for appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**